# IN RE C.J.B.

**[Cite as *In re C.J.B.*, 121 Ohio St.3d 361, 2009-Ohio-1515.]**

*Discretionary appeal accepted, judgment of the court of appeals reversed in part on the authority of In re L.A.B., and cause remanded.*

(No. 2008-2278 — Submitted March 25, 2009 — Decided April 7, 2009.)

APPEAL from the Court of Appeals for Summit County,

No. 24039, 2008-Ohio-5233.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471, to the extent the court of appeals held that Juv.R. 29 does not apply to probation revocation hearings. The cause is remanded to the juvenile court for further proceedings consistent with *In re L.A.B.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Angela Miller, Assistant Public Defender, for appellant, C.J.B.

_____